JENNIFER LEWIS GREER HALL
PO BOX 1
FOXWORTH, MS 39483

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTEGRA CREDIT
200 W JACKSON BLVD
STE 500
CHICAGO, IL 60606

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

21ST MORTGAGE CORP
POB 477
KNOXVILLE, TN 37902

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

US BANK
P.O. BOX 21948
SAINT PAUL, MN 55121-4201

AFFIRM
443 IRVING DR
BURBANK, CA 91504

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

WELLS FARGO BANK
ATTN: BANKRUPTCY
PO BOX 393
MINNEAPOLIS, MN 55480

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

LENDING CLUB
ATTN: BANKRUPTCY
595 MARKET STREET, SUITE 200
SAN FRANCISCO, CA 94105

CCBANK/NETCREDIT
175 W JACKSON BLVD
CHICAGO, IL 60604

LENDING CLUB
88 KEARNY STREET
SAN FRANCISCO, CA 94108

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

MISSION LANE
PO BOX 105286
ATLANTA, GA 30304

CHASE CARD SERVICES
PO BOX 30281
SALT LAKE CITY, UT 84130

SOUTHWEST HOSPITAL
P.O. BOX 1307
MCCOMB, MS 39648

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706