Certificate Number: 17082-MSS-DE-041111654

Bankruptcy Case Number: 26-50988



17082-MSS-DE-041111654

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2026, at 2:35 o'clock PM MST, JENNIFER L GREER HALL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:    June 18, 2026                          By:      /s/Orsolya K Lazar

                                                                Name:   Orsolya K Lazar

                                                                Title:    Executive Director