United States Bankruptcy Court
Southern District of Mississippi

In re:
Jennifer Lewis Greer Hall
Debtor

Case No. 26-50988-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Aug 24, 2026 Form ID: n031 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Lewis Greer Hall, PO Box 1, Foxworth, MS 39483-0001 |
| 5686646 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5696395 | | Affirm Master Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5712815 | + | Happen Bank, National Association, 88 Kearny Street, Suite 600, San Francisco, CA 94108-5530 |
| 5686653 | + | Integra Credit, 200 W Jackson Blvd, Ste 500, Chicago, IL 60606-6949 |
| 5686657 | + | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 5686659 | + | Southwest Hospital, P.O. Box 1307, McComb, MS 39649-1307 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5686645 | | Email/Text: ebn@21stmortgage.com | Aug 24 2026 20:02:00 | 21st Mortgage Corp, Pob 477, Knoxville, TN 37902 |
| 5697319 | | Email/Text: ebn@21stmortgage.com | Aug 24 2026 20:02:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5686647 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2026 20:09:04 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5686648 | ^ | MEBN | Aug 24 2026 19:59:41 | Ccbank/netcredit, 175 W Jackson Blvd, Chicago, IL 60604-2615 |
| 5686650 | ^ | MEBN | Aug 24 2026 19:59:52 | Chase Card Services, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 5686649 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2026 20:09:08 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5686651 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2026 20:09:04 | Citibank, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5686652 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 24 2026 20:09:00 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5686655 | + | Email/Text: ebone.woods@usdoj.gov | Aug 24 2026 20:02:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5686654 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2026 20:02:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5697309 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 24 2026 20:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5703785 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2026 20:09:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5686656 | + | Email/Text: Documentfiling@lciinc.com | Aug 24 2026 20:02:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |

| | | | | |
|---|---|---|---|---|
| 5686657 | ^ | MEBN | Aug 24 2026 19:59:59 | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 5696324 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 24 2026 20:09:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5686658 | | Email/Text: ml-ebn@missionlane.com | Aug 24 2026 20:02:00 | Mission Lane, PO Box 105286, Atlanta, GA 30304 |
| 5700213 | + | Email/Text: netcreditbnc@enova.com | Aug 24 2026 20:02:00 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5698220 | | Email/PDF: cbp@omf.com | Aug 24 2026 20:09:07 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5686660 | + | Email/PDF: cbp@omf.com | Aug 24 2026 20:09:04 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5686661 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 20:09:00 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5686663 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Aug 24 2026 20:02:00 | US Bank, P.O. Box 21948, Saint Paul, MN 55121-4201 |
| 5686662 | ^ | MEBN | Aug 24 2026 19:59:45 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5686664 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 24 2026 20:09:08 | Wells Fargo Bank, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 5696669 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 24 2026 20:09:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5697447 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jennifer Lewis Greer Hall trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50988−KMS
**Chapter:** 13

**In re:**

Jennifer Lewis Greer Hall
fka Jennifer L Greer
PO Box 1
Foxworth, MS 39483

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 08/24/2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 24, 2026

Danny L. Miller, Clerk of Court